UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 06-CR-79

CULET ATEMKENG,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM E. CALLAHAN, JR. (DOC. #41), AND DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (DOC. #23)**

The court conducted a status conference on Tuesday, December 5, 2006, at 3:30 p.m. Defendant, through counsel, advised that she had no objections to the recommendation of the magistrate judge issued on November 22, 2006. Moreover, the court has reviewed the recommendation and finds that it is not clearly erroneous or contrary to law. Therefore,

IT IS ORDERED that the recommendation of the magistrate judge is ADOPTED.

IT IS FURTHER ORDERED that the defendant's motion to suppress as evidence any and all warrantless searches and seizures is DENIED.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2006.

                                                       BY THE COURT

                                                       s/ C. N. CLEVERT, JR.
                                                       C. N. CLEVERT, JR.
                                                       U. S. District Judge